STATE OF CONNECTICUT *v.* CARLTON MARTIN

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 778 (AC 22976), is denied.

*James B. Streeto,* assistant public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided September 18, 2003